# EXHIBIT 2

Case 1:12-cr-00152-CM   Document 35-2   Filed 10/01/12   Page 1 of 3

# The Union Central Life Insurance Company

*Founded in 1867... A Mutual Company... 1876 Waycross Road, P.O. Box 40888, Cincinnati, Ohio 45240*
*1-800-825-1551*

|                |                    |
|----------------|--------------------|
| INSURED:       | Opal Headrick      |
| POLICY NUMBER: | U000044892         |
| POLICY DATE:   | May 28, 2008       |
| ISSUE DATE:    | September 23, 2008 |

We PROMISE to pay the death benefit to the beneficiary on receipt of satisfactory *proof* of death of the *insured* while this policy is in force, subject to the terms of this policy.

LOOK AT THE APPLICATION FORMS. This policy is issued based on payment of the initial premium and the answers in the application (see copy attached). If all answers are not true and complete, this policy may be affected.

PLEASE READ THIS POLICY CAREFULLY. This policy is a legal contract between *you* and Union Central.

20-DAY RIGHT TO EXAMINE THE POLICY. It is important to Union Central that *you* are satisfied with this policy. *You* have 20 days after *you* receive it to review the policy. If this policy is a replacement for an existing policy *you* have 30 days after *you* receive it to review the policy. If *you* are not satisfied, *you* may send it back to *us* or give it to *our* agent. In such case, this policy will be void from the beginning. *We* will refund the premiums paid within 10 days after this policy is returned.

Signed for The Union Central Life Insurance Company at Cincinnati, Ohio

*Secretary*                                    *President*

Adjustable Life Policy with Flexible Death Benefit and Cash Value
Flexible Premiums Payable During Life of Insured
Death Benefit Payable at Death of Insured
Period of Coverage not Guaranteed
Participating


UnionCentral
A UNIFI Company

UC 8706 NJ                                                                                     07/03

0023342

## OWNERSHIP

**OWNERSHIP**

While the *insured* is living, *you* have all rights in this policy. *Your* rights will be subject to any assignment, and to the rights of any irrevocable beneficiary. If *you* die before the *insured*, the successor *owner* named in the application is the new *owner*. If there is no successor *owner*, then *your* estate becomes the new *owner*.

==A change of *owner* may be made at any time by *notice* to *us*.== It will take effect on the date *notice* is received. *We* will record the change. Unless there are no surviving primary or contingent beneficiaries, a change of *owner* does not change the beneficiary. *You* may exercise the following rights while the *insured* is living:

(1) the right to change the *specified amount*;
(2) the right to change the premium payment;
(3) the right to assign the policy;
(4) the right to change the *owner* or beneficiary;
(5) the right to receive any dividends;
(6) the right to terminate this policy;
(7) the right to make loans; and
(8) the right to make surrenders.

## BENEFICIARY

**BENEFICIARY**

The beneficiary will receive the death benefit when the *insured* dies. The primary and any contingent beneficiaries are named in the application. If no primary beneficiary is living when the *insured* dies, *we* will pay to the contingent beneficiary. If no contingent beneficiary is living when the *insured* dies, *we* will pay *you* or *your* estate.

Unless the beneficiary designation provides otherwise, *we* will follow these rules:

(1) *We* will pay equal shares when more than one beneficiary of the same class is to share the funds.
(2) No revocable beneficiary has rights in this policy until the *insured* dies.
(3) An irrevocable beneficiary cannot be changed without his or her consent.
(4) The interest of any beneficiary is subject to the rights of any assignee shown on *our* records.
(5) When beneficiaries are not shown by name (such as "children"), *we* may find who they are from sworn statements and not wait for court records.

*You* may change the beneficiary at any time before the *insured* dies by *notice* to *us*. Any change must be approved by *us*. If approved, it will take effect on the date the *notice* was signed by *you*. *We* will not be liable for any payments *we* make or actions *we* take before the change is approved.

Unless otherwise provided, if any beneficiary dies within 30 days after the *insured* dies as the result of a common disaster, *we* will pay the death benefit as if that beneficiary died first.

Opal Headrick
U000044892

UC 8706 NJ

07/03

0023350