AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  12 Cr. 152 (CM) |
| Michael Binday, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Steptoe & Johnson LLP, counsel for defendant Michael Binday

Date:  03/11/2013

*Attorney's signature*

Michael S. Ross
*Printed name and bar number*

60 East 42nd Street
47th Floor
New York, New York 10165

*Address*

michaelross@rosslaw.org
*E-mail address*

(212) 505-4060
*Telephone number*

(212) 505-4054
*FAX number*