UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Michael Binday,

                             Petitioner,          ORDER

        - against -                        17 Civ. 4723 (CM)
                                                      12 Cr. 152 (1) (CM)

UNITED STATES OF AMERICA,

                             Respondent.
----------------------------------------------------------------x

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 6/22/17]

McMahon, Chief J.,

        It has recently come to the Court's attention that a petition was filed in the case, on June 20, 2017, accordingly, the United States of America shall file its answer or other response in the above entitled application pursuant to 28 U.S.C. § 2255 within 60 days of the date of this order. Petitioner may file reply papers, if any, no later than (30) days thereafter.

        The Clerk of the Court shall serve a copy of this Petition and all papers submitted by Petitioner upon the United States Attorneys Office via certified mail.

Dated: New York, New York
             June 22, 2017

                                       SO ORDERED

                                       _____
                                       Colleen McMahon, Chief U.S.D.J.