# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| James Kevin Kergil ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-cv-4675 (CM), 12-cr-0152 (CM) |
| United States of America ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Kevin Kergil.

Date: 11/27/2017

/s/
*Attorney's signature*

Marc A. Fernich 2472595
*Printed name and bar number*

Law Office of Marc Fernich
810 Seventh Avenue, Suite 620
New York, NY 10019
*Address*

maf@fernichlaw.com
*E-mail address*

(212) 446-2346
*Telephone number*

(212) 459-2299
*FAX number*