UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | | |
|---|---|---|
| MICHAEL BINDAY, | : | Case No. 1:12-cr-00152-CM |
| | | 1:17-cv-04723-CM |
| Petitioner | | |
| - v. - | : | |
| UNITED STATES OF AMERICA | | |
| Respondent. | : | |

------------------------------------------------------------ x

## PETITIONER'S NOTICE OF APPEAL

Notice is hereby given that Petitioner, Michael Binday, appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order Denying Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 entered on May 23, 2018.  Doc. 15.

Dated:	July 20, 2018

					/s/ *James E. Felman*
					James E. Felman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2018, the foregoing has been filed with the Clerk of Court through the CM/ECF System which will send a notice of electronic filing to all counsel of record.

/s/ *James E. Felman*
James E. Felman (Florida Bar No. 0775568)
Brandon K. Breslow (Florida Bar No. 0123755)
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, FL 33601
(813) 229-1118
(813) 221-6750
jfelman@kmf-law.com
bbreslow@kmf-law.com

*Pro Hac Vice Counsel for Petitioner*