

David Shapiro
dshapiro@nortonlaw.com
510-906-4906

May 4, 2021

<u>**VIA ECF:**</u>

Hon. Colleen McMahon
United States District Judge
Thurgood Marshall
United States Courthouse
New York, New York 10007

    Re:    *United States v. Binday*

Honorable Judge McMahon:

    With respect to the Court's order of April 26, 2021, Local Rule 22.2 of the Second Circuit indicates that the district court will transfer a 2255 motion to the Second Circuit when the district judge believes the petitioner must seek authorization to file a 2255 motion.

    We request that the Court transfer the petition to the Second Circuit so that we may file our motion.

                                  Very truly yours,

                                  David Shapiro
                                THE NORTON LAW FIRM PC