# NORTON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/21

David Shapiro
dshapiro@nortonlaw.com
510-906-4906

**MEMO ENDORSED**

5/5/21

The Clerk of the Court is to transfer defendant's Motion to the Court of Appeals consistent with this Court's ruling at Document 487.

*[signature: Colleen McMahon]*

May 4, 2021

**VIA ECF:**

Hon. Colleen McMahon
United States District Judge
Thurgood Marshall
United States Courthouse
New York, New York 10007

Re:   *United States v. Binday*

Honorable Judge McMahon:

With respect to the Court's order of April 26, 2021, Local Rule 22.2 of the Second Circuit indicates that the district court will transfer a 2255 motion to the Second Circuit when the district judge believes the petitioner must seek authorization to file a 2255 motion.

We request that the Court transfer the petition to the Second Circuit so that we may file our motion.

Very truly yours,

*[signature]*

David Shapiro
THE NORTON LAW FIRM PC