# Jonathan  A.  Bradlow M.D., FACC

3201 Grand Concourse

Bronx, NY 10468

718-933-2244

February 16, 2021

Re: Michael Binday

To Whom It May Concern:

Michael Binday was a patient of our practice in 2015, having seen us for chest pain, likely due to GERD (Gastro Esophageal Reflux Disease). He has multiple medical conditions including arthritis of the hip (the treatment of which may be worsening his GERD), enlarged prostate with chronic obstruction (cancer has never been ruled out), and most concerning Type II Diabetes (which is causing his severe hypercholesterolemia) which is not being treated at all. He does need ongoing care and given his diabetes, he is at risk for complications of COVID-19 (this is a known increased risk factor for severe disease). There is no data that mild disease has less risk than moderate or severe diabetes, as diabetes itself is a risk factor for complications of COVID-19.  This has been clearly borne out in the studies (and CDC guidelines), with no study showing that there is any relation of risk to glucose control.  The fact that he has diabetes places him at elevated risk. He would be better served with home confinement where he can seek the regular and ongoing care that he needs while mitigating his exposure to this highly virulent and lethal worldwide pandemic.

Please do not hesitate to contact me with questions.

Sincerely yours,


Jonathan A Bradlow M.D., FACC

Cardiology Associates

Assistant Professor

Albert Einstein College of Medicine

Bronx, NY