White Plains Hospital

**WHITE PLAINS PHYSICIAN ASSOCIATES**

TOBI B. KLAR, MD
Dermatology

July 17,2018.

To Whom It May Concern:

Re: Michael Binday

Mr. Michael Binday has been a patient under my care for the past fifteen years. Due to the family history of skin cancer and his risk for development of skin cancer, he must have yearly full body exams.

Please contact me for any other information.

Sincerely,

*Tobi Klar, M.D.*

Tobi Klar, M.D.

2345 Boston Post Road, Larchmont, NY 10538  tel. 914.849.7400  fax. 914.849.7410