# MAPLE EYE AND LASER CENTER

Henry C. Oksman, PhD, MD    Howard S. Kornstein, MD
Jacob D. Rosenbaum, MD

March 17, 2021

To Whom It May Concern:

I am an ophthalmologist licensed to practice in New York State. Michael Binday was my patient prior to his incarceration in 2016. From email correspondence with Mr. Binday and his wife, I am aware that he recently underwent surgery to repair a retinal detachment on one of his eyes and that he is being monitored for possible sight-threatening developments in his recovery.

As an ophthalmologist I am cognizant of the fact that one must be very vigilant in managing the healing process after surgery. Unfortunately, those who are incarcerated are often unable to get timely attention when worrying symptoms arise. I am fearful that Mr. Binday may lose sight in his surgically-repaired eye because of a delay in examination or intervention.

I would urge the authorities in charge of Mr. Binday's incarceration to compassionately consider transferring him to home confinement. In that way, he and his family will be able to coordinate his medical needs in a timely manner and the risk of permanent visual loss will be substantially reduced.

Sincerely,

Howard S. Kornstein, MD

61 Maple Avenue White Plains, New York 10601
TEL: (914) 948-5157    FAX: (914) 948-3763
www.MapleEyeandLaser.com