

| | | |
|---|---|---|
| **Individualized Needs Plan - Program Review   (Inmate Copy)** | | SEQUENCE: 01908088 |
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 06-29-2021 |
| Plan is for inmate: BINDAY, MICHAEL  66389-054 | | |

| | | | |
|---|---|---|---|
| Facility: | OTV OTISVILLE FCI | Proj. Rel. Date: | 09-20-2026 |
| Name: | BINDAY, MICHAEL | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 66389-054 | DNA Status: | FTD12430 / 07-01-2016 |
| Age: | 57 | | |
| Date of Birth: | 09-24-1963 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OTV | GRND-CONST | GROUNDS AND CONSTRUCTION | 06-04-2021 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| OTV | ESL HAS | ENGLISH PROFICIENT | 07-21-2016 |
| OTV | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-21-2016 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| OTV | | IN CELL LEARN LANDSCAPE DRAWIN | 06-23-2021 | CURRENT |
| OTV | | BEGINNER PORTRAIT DRAWING | 06-23-2021 | CURRENT |
| OTV | | LEARNING TO DRAW WITH SHADOWS | 06-23-2021 | CURRENT |
| OTV | | HEALTHY MINDS AND BODYS | 06-23-2021 | CURRENT |
| OTV SCP | C | PERSPECTIVE DRAWING BASKICS | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | IN CELL INTRO IN DIABETES | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | IN CEL ANATOMY DRAWING | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | ART HISTORY IN CELL PROGRAM | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | HISTORY OF CERAMICS | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | LEARNING TO DRAW CITYSCAPE | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | LEARN TO PAINT COMIC CHARACTER | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | IN CELL DIGESTIVE SYSTEM | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | BENEFITS OF EXERCISE | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | IN CELL INTRO TO HEPATITIS | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | IN CELL HYPERTENSION | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | HUMAN MUSCULAR SYSTEM | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | SKIN CANCER AWARENESS | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | HUMAN SKELETAL SYSTEM | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | IN CELL INTRO TO VITAMINS | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | IN CELL LEARN TO PENCIL DRAW | 05-10-2021 | 06-23-2021 |
| OTV SCP | C | IN CELL DIABETE PROGRAM CAMP | 10-27-2020 | 11-02-2020 |
| OTV SCP | C | IN CELL NUTRITION CLASS CAMP | 10-06-2020 | 10-13-2020 |
| OTV SCP | C | READING NUTRITION LABELS | 09-07-2020 | 09-27-2020 |
| OTV SCP | C | SKIN CANCER AWARENESS | 08-20-2020 | 09-10-2020 |
| OTV SCP | C | INTERMEDIATE YOGA | 12-16-2019 | 02-16-2020 |
| OTV SCP | C | DTRM DOING TIME W/ RIGHT MIND | 10-16-2019 | 11-20-2019 |
| OTV SCP | C | BEGGINER'S YOGA | 10-07-2019 | 12-11-2019 |
| OTV SCP | C | NUTRITION SEMINAR ON FAST FOOD | 09-19-2019 | 09-19-2019 |
| OTV SCP | C | NUTRITION SEMINAR ON FAST FOOD | 09-19-2019 | 09-19-2019 |
| OTV SCP | C | PARENTING: INSIDE OUT DAD | 02-19-2019 | 03-28-2019 |
| OTV SCP | C | BEGINNERS INSTRUCTIONAL TENNIS | 06-29-2018 | 07-26-2018 |
| FTD SCP | C | PHYSICS 121:ASTRONOMY | 09-26-2017 | 12-19-2017 |
| FTD SCP | C | FITCORE BASIC AEROBICS - CAMP | 10-03-2017 | 12-20-2017 |
| FTD SCP | C | SAVE OUR YOUTH CNSLR LED | 09-26-2017 | 11-09-2017 |
| FTD SCP | C | GUITAR 1 - CAMP | 07-11-2017 | 09-20-2017 |
| FTD SCP | C | SPANISH I - CAMP | 05-24-2017 | 08-21-2017 |
| FTD SCP | C | ACE CDL - CAMP | 05-23-2017 | 08-21-2017 |



| | Individualized Needs Plan - Program Review   (Inmate Copy) | SEQUENCE: 01908088 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 06-29-2021 |

Plan is for inmate: BINDAY, MICHAEL   66389-054

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FTD SCP | C | BIG MEN TRAINING - CAMP | 04-03-2017 | 05-21-2017 |
| FTD SCP | C | CIRCUIT TRAINING - WEST | 01-17-2017 | 03-31-2017 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 07-05-2016 |
| CARE2 | STABLE, CHRONIC CARE | 10-06-2016 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 02-03-2021 |
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 06-19-2021 |
| LOWER BUNK | LOWER BUNK REQUIRED | 02-03-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 07-05-2016 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-30-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-02-2017 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 07-26-2016 |
| ED NONE | DRUG EDUCATION NONE | 07-18-2016 |

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:**   PART   FINANC RESP-PARTICIPATES   Start: 07-25-2016

Inmate Decision:   **AGREED**   $25.00   Frequency: **QUARTERLY**
Payments past 6 months:   $50.00   Obligation Balance: **$39,307,930.63**

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ | |
| | | \*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\* | | | | |
| 2 | REST CV | $39,308,305.63 | $39,307,930.63 | IMMEDIATE | AGREED | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | 06-09-2021 | OTV | PAYMENT | INSIDE PMT | $25.00 |
| | | 03-10-2021 | OTV | PAYMENT | INSIDE PMT | $25.00 |

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $1,453.00   Payments commensurate ?   N/A
New Payment Plan:   \*\* No data \*\*

### Progress since last review

Assigned to grounds. Continues to make quarterly payments, as agreed.

Completed Ryan Holiday's 12 Stoic Lessons That Will Immediately Change Your Life, with Deacon Davis, Facilitator. Also completed the Poetry Symposium in January with Deacon Davis.

### Next Program Review Goals

Complete Money Smart, Brain Health As You Age, and Healthy Aging Body by next review.

Confirm emergency contact information.

### Long Term Goals

Save 10% of all incoming funds into the Pre Release account for emergency and/or release funds.

# Certificate of Completion

## The Threshold Program

*Michael Binday*

has been recognized for completing this 72-hour Evidence Based Recidivism Reduction Program (EBRRP) course of study and is hereby awarded the certificate of completion.

(Start date: 1/10/21; Completed: 7/8/21)

July 8, 2021

_____
Chaplain Davis, Course Facilitator
FCI Otisville
Otisville, NY

# Certificate of Completion

## Aesop's Fables

### Michael Binday

is hereby recognized for completing this study of various fables over the past three months and is hereby awarded the certificate of completion.

April 15, 2021

_Deacon Davis_
Deacon Davis, Course Facilitator
FCI Otisville
Otisville, NY

# Certificate of Completion

The Poetry Class

*Michael Binday*

has been recognized for completing this study of various poems over the past three months and is hereby awarded the certificate of completion.

January 1, 2021

_____
Chaplain Davis, Course Facilitator
FCI Otisville
Otisville, NY

# Certificate of Completion

Class completed (ten hours): Ryan Holiday's 12 Stoic Lessons That Will Immediately Change Your Life. Deacon Davis, Facilitator

## Michael Binday

has been recognized for completing this ten hour study of Stoic philosophy and is hereby awarded the certificate of completion.

June 11, 2021

_____
Chaplain Davis, Course Facilitator
FCI Otisville
Otisville, NY

# Certificate of Completion

Forgiveness Class, Sessions 1 & 2

*Michael Binday*

has been recognized for completing this 10-hour course of study and is hereby awarded the certificate of completion. He worked diligently in study of forgiveness. Through essays of the Forgiveness Project, he considered the lives of various people who were dealt difficult situations yet all practiced some form of forgiveness.

July 11, 2020

*[signature]*
Chaplain Davis, Course Facilitator
FCI Otisville
Otisville, NY