**mbinday@gmail.com**

| | |
|---|---|
| **From:** | Anyeline Toribio <atoribio@geogroup.com> |
| **Sent:** | Tuesday, August 8, 2023 5:40 PM |
| **To:** | mbinday@gmail.com |
| **Subject:** | Re: [EXTERNAL] Binday - FAA needs forensic psychological evaluation |

Request has been denied. as per BOP you can do that when on supervised release.

**Ms. Anyeline Toribio**
Case Manager

**The GEO Group, Inc.**
**Bronx Community Reentry Center**
2534 Creston Avenue,
Bronx, New York 10468

Atoribio@geogroup.com
T: 718 561 4155 Ext. 240
F: 718 561 4355

www.geogroup.com
This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

---

**From:** mbinday@gmail.com <mbinday@gmail.com>
**Sent:** Thursday, July 20, 2023 3:40 PM
**To:** Anyeline Toribio <atoribio@geogroup.com>
**Subject:** [EXTERNAL] Binday - FAA needs forensic psychological evaluation

Dear Ms. Toribio:

I have kept you informed of my process obtaining approval from the FAA to take flying lessons. I have now satisfied the medical questions about my vision. They still want a very specific "forensic psychological evaluation."

It was my hope that the Tri-Center evaluation would suffice, but that is not the case. I received the attached letter (sent on June 12) after submitting that evaluation, and they turned around and asked again for a forensic evaluation. No one at Tri-Center is qualified to do a "forensic" evaluation. That makes sense as I've learned this is not actually psychological treatment or even evaluation (that was done). The "forensic" part is a legal and professional specialty that requires a background investigation of me. And requires a specific professional certification.

Forensic psychological work is actually legal work from a psychological point of view. And is typically done for legal purposes such as determining whether someone is competent to stand trial, etc. In my case it is (presumably) to

determine whether my background makes me a threat to use an aircraft for purpose of doing harm. While I am clearly not a threat, it makes sense that the FAA needs to hear that from a professional.

Based on this, you may consider it appropriate to treat the doctor as a legal consultant. It is most certainly not medical treatment as the evaluation is only about my background. The doctor's work is that of a legal investigator rather than a treating psychiatrist.

What the evaluator needs to do is, as best I can determine:
1. Spend an hour in person with me, largely to confirm my background.
2. Confirm my work, educational and criminal history.
3. Call you or Geo for purpose of confirming:
    a. That I have not been a problem.
    b. Getting from you the equivalent of a "rap sheet." To confirm I have no other criminal history.
    c. Reviewing my drug test results. If those are not available, I'm sure a letter saying that I've been subjected to regular drug tests in the nearly two years I've been with Geo my testing was always negative. And in over 5 years prior while incarcerated, my testing was always negative.
4. Write a report summarizing all the above.

I would appreciate if you can confirm that I can make an appointment to meet with the forensic evaluator. That would be an afternoon appointment going to her office, similar to meeting with a lawyer. And to confirm I can give her permission to call you.

Thank you,

Michael Binday