UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

MICHAEL BINDAY,

Defendant.

12-CR-152-01 (CM)

ORDER REGARDING DEFENDANT'S (1) MOTION FILED PURSUANT TO RULE 60(b) FOR RELIEF FROM THE COURT'S DECISION AND ORDER DENYING PETITIONER'S MOTION TO VACATE OR SET ASIDE HIS CONVICTION AND SENTENCE PURSUANT TO 28 U.S.C. § 2255, AND (2) MOTION FILED PURSUANT TO 18 U.S.C. §3582(c)(1)(A)(i) REQUESTING COMPASSIONATE RELEASE

McMahon, J.:

Defendant has filed a motion pursuant to Rule 60(b) asking the Court to vacate its decision denying Defendant's motion filed pursuant to 28 U.S.C. § 2255. (ECF Documents 514).

Defendant has also filed a motion pursuant to 18 U.S.C. §3582(c)(1)(A)(i) asking the Court to grant him compassionate release. (ECF Documents 491 and 515).

The Government is to respond to the motions within 60 days.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Dated: July 10, 2024
New York, New York

*[signature]*

COLLEEN McMAHON
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/24