# the NORTON
law firm pc

David W. Shapiro
dshapiro@nortonlaw.com
510-906-4906

MEMO ENDORSED

9/12/24

OK

*[signature: Colleen McMahon]*

By e-file

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Binday
Case Nos. 17-cv-4723-CM and 12-cr-00152-CM

Honorable Judge McMahon:

We respectfully request that the Court grant an extension to Michael Binday to reply to the government's oppositions to his Rule 60 and compassionate release motions until October 15, 2024.

That requested reply date is needed because the attorneys working on the motions have other previously scheduled filings in the interim. In addition, the Supreme Court has set September 30, 2024 as the conference date on Mr. Binday's certiorari petition, which may affect the content of Mr. Binday's replies.

AUSA Kevin Mead agreed to the October 15, 2024 date.

Thank you.

/s/ *David W. Shapiro*

David W. Shapiro
THE NORTON LAW FIRM PC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-12-24

300 Frank H. Ogawa Plaza, Ste.450, Oakland, California 94612